WALTER WELCH and HENRY B. PILCHER, Respondents, v. FLORIZEL A. ROJAS and Others, Appellants.— Order so far as appealed from unanimously modified by eliminating all provisions for the examination of the defendant Standard Chromium Corporation, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

277 PARK AVENUE CORPORATION, Respondent, v. SAMUEL HALPERN, Appellant.— Order and judgment unanimously reversed, with costs, and the motion denied, with ten dollars costs, on the ground that there are issues of fact which should be disposed of upon a trial. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FANNY SCHEPPS, Respondent, v. JAMES E. McCORKELL, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,647.20; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE FRIEDMAN (IRVING FRIEDMAN), Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of KENNETH A. DRISCOLL and ARTHUR WALSH, Appellants, for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 255 W. 90TH CORPORATION, Appellant, v. JAMES J. SEXTON, President, BERNARD M. PATTEN and Others, Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MARIA PUZZIO DIBELLIS, Respondent, v. ANTHONY RUGGIERO and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted in so far as to vacate the order dismissing the motion to dismiss the complaint and to open the default thereon. The defendants are entitled to have their motion to dismiss the complaint considered on the merits. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ROSING-COHN CORP., Appellant, v. HORACE WOOLEN CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.